UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL T. TAEBEL, | Case No. 18-CV-01790 LHK (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOE PENZONE and MARICOPA COUNTY SHERIFFS, | |
| Defendants. | |

Plaintiff, an Arizona state pretrial detainee proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which plaintiff complains occurred in Phoenix, Arizona, where plaintiff is also housed. Defendants are also located in Phoenix. Venue therefore is proper in the District of Arizona, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the District of Arizona. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 4/9/2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-01790 LHK (PR)
ORDER OF TRANSFER